CO-386-online
10/03

**FILED**

JUN - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

Capital Motor Lines            )
                               )
                               )
                               )
            Plaintiff          )    Civil   Case: 1:08-cv-00964
   vs                          )            Assigned To : Huvelle, Ellen S.
Detroit Diesel Corporation     )            Assign. Date : 6/5/2008
Motor Coach Industries, Inc.   )            Description: General Civil
Motor Coach Industries International, Inc. )
            Defendant          )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Capital Motor Lines__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Capital Motor Lines__ which have any outstanding securities in the hands of the public:

Capital Motor Lines has no parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

470009
BAR IDENTIFICATION NO.

Danielle D. Giroux
Print Name

P.O. Box 70280
Address

RIchmond         VA          23255
City             State       Zip Code

804-747-5200
Phone Number

2