IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL MOTOR LINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-964 |
| | ) Judge Ellen S. Huvelle |
| DETROIT DIESEL CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia**

  I, the undersigned, counsel of record for Detroit Diesel Corporation, certify that to the best of my knowledge and belief, Detroit Diesel Corporation is a wholly-owned subsidiary of Daimler North America Corporation, which is, in turn, a wholly-owned subsidiary of Daimler AG, a publicly-traded German Aktiengesellschaft. There are no other parent companies, subsidiaries or affiliates of Detroit Diesel Corporation which have any outstanding securities in the hands of the public:

  These representations are made in order that judges of this court may determine the need for recusal.

                WALLACE KING DOMIKE & REISKIN, PLLC

                By: Terri S. Reiskin /s/
                   Terri S. Reiskin, DC Bar #384886
                   2900 K Street, N.W.
                   Harbourside, Suite 500
                   Washington, D.C. 20007
                   (202) 204-1000
                   (202) 204-1001 (facsimile)
                   treiskin@wallaceking.com
                   Attorneys for Defendant
                   Detroit Diesel Corporation

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of August, 2008, a copy of the foregoing Local Rule 7.1 Certificate was served electronically on:

 Danielle D. Giroux
Harmon, Claytor, Corrigan and Wellman
Inssbrok Corporate Center
4951 Lake Brook Drive, Suite 100
Glen Allen, VA  23060

Counsel for Plaintiffs

                                                Terri S. Reiskin
                                                Terri S. Reiskin